# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 41 MAL 2019

          Respondent          :

                                   :   Petition for Allowance of Appeal from

                                   :   the Order of the Superior Court

          v.                     :

                                   :

RONALD MACNEAL SR.,         :

                                   :

          Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.